Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Candice Goodman

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CANDICE GOODMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A..; et. al.,<br><br>Defendants. | Case No.: 2:18-CV-00540-WBS-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 12, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE